```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
|     Plaintiff, | : | NO. 09-496-04 |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MASSIMINO, | : | |
|     Defendant. | : | |

# **O R D E R**

**AND NOW**, on this **20th day of December, 2011**, upon consideration of the Government's Motion for a Hearing Regarding Possible Conflicts of Interest (doc. no. 271), Defendant Massimino's Response to the Government's Motion (doc. no. 287), and a hearing on the record (doc. no. 288), it is hereby **ORDERED** that the Government's Motion is **GRANTED** in part, and **DENIED** in part.

It is further **ORDERED** that the Court will hold individual hearings on **Friday, January 27, 2012** to inquire whether appropriate waivers of actual and/or serious potential

1

for conflicts of interest from Defendant Joseph Ligambi and Defendant Joseph Massimino should be accepted as follows:

1. Defendant Joseph Ligambi at 3:00 p.m.
2. Defendant Massimino at 4:00 p.m.

It is further **ORDERED** that Joseph D. Mancano, Esq.,[1] is appointed conflict counsel on behalf of Defendant Joseph Massimino.

**AND IT IS SO ORDERED.**

    s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] Attorney Mancano is a CJA Panel member and shall be compensated under the terms of the Criminal Justice Act.