```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,       :    CRIMINAL ACTION
                                :    NO. 09-00496-01, -03, -04,
                                :    -05, -06, -07, -08, -10,
     v.                         :    -11, -14, -15
                                :
JOSEPH LIGAMBI,                 :
ANTHONY STAINO, JR.,            :
JOSEPH MASSIMINO,               :
GEORGE BORGESI,                 :
MARTIN ANGELINA,                :
GAETON LUCIBELLO,               :
DAMION CANALICHIO,              :
LOUIS BARRETTA,                 :
GARY BATTAGLINI,                :
JOSEPH LICATA, and              :
LOUIS FAZZINI,                  :
                                :
          Defendants.           :
```

**O R D E R**

**AND NOW**, this **21st** day of **June, 2012,** for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Ligambi's Motion to Dismiss Count One (ECF Nos. 309, 313, 562) is **DENIED**.

It is further **ORDERED** that the Government's Motion for Leave to File a Supplemental Memorandum in Response (ECF No. 583) is **GRANTED**.[1]

**AND IT IS SO ORDERED.**

                          s/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**

---

[1] The Court considered the substance of the Government's supplemental memorandum in the disposition of Defendant's Motion to Dismiss.