IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 09-00496-01, -03, -04, |
| | : | -05, -06, -07, -08, -10, |
| v. | : | -11, -14, -15 |
| | : | |
| JOSEPH LIGAMBI, | : | |
| ANTHONY STAINO, JR., | : | |
| JOSEPH MASSIMINO, | : | |
| GEORGE BORGESI, | : | |
| MARTIN ANGELINA, | : | |
| GAETON LUCIBELLO, | : | |
| DAMION CANALICHIO, | : | |
| LOUIS BARRETTA, | : | |
| GARY BATTAGLINI, | : | |
| JOSEPH LICATA, and | : | |
| LOUIS FAZZINI, | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **21st** day of **June, 2012**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Canalichio's Motion for a Bill of Particulars (ECF No. 355), Defendant Lucibello's Motion for a Bill of Particulars (ECF No. 358), Defendant Angelina's Motion for a Bill of Particulars (ECF No. 384), and Defendant Borgesi's Motion for a Bill of Particulars (ECF No. 396) are **DENIED**.

**AND IT IS SO ORDERED.**

                                                    s/Eduardo C. Robreno
                                                    **EDUARDO C. ROBRENO, J.**