IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| | NO. 09-00496-01, -03, -04, |
| | -05, -08, -10, -11, -14, -15 |
| v. | |
| JOSEPH LIGAMBI, | |
| ANTHONY STAINO, JR., | |
| JOSEPH MASSIMINO, | |
| GEORGE BORGESI, | |
| DAMION CANALICHIO, | |
| LOUIS BARRETTA, | |
| GARY BATTAGLINI, | |
| JOSEPH LICATA, and | |
| LOUIS FAZZINI, | |
| Defendants. | |

**O R D E R**

**AND NOW**, this **21st** day of **August, 2012**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Ligambi's Motion to Dismiss Count Thirty-Nine (ECF No. 645) is **DENIED**.

**AND IT IS SO ORDERED.**

s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**