IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 09-00496-01, -03, -04, |
| | : | -05, -08, -10, -11, -14, -15 |
| v. | : | |
| | : | |
| JOSEPH LIGAMBI, | : | |
| ANTHONY STAINO, JR., | : | |
| JOSEPH MASSIMINO, | : | |
| GEORGE BORGESI, | : | |
| DAMION CANALICHIO, | : | |
| LOUIS BARRETTA, | : | |
| GARY BATTAGLINI, | : | |
| JOSEPH LICATA, and | : | |
| LOUIS FAZZINI, | : | |
| | : | |
| Defendants. | : | |


**O R D E R**


**AND NOW**, this **4th** day of **September, 2012,** for the
reasons set forth in the accompanying Memorandum, it is hereby
**ORDERED** as follows:


1.    Defendant Ligambi's Motion to Strike from the

      Indictment and Bar All Reference to the History and

      Structure of La Cosa Nostra at Trial (ECF No. 561) is

      **DENIED.**


2.    Defendant Borgesi's Motion in Limine to Exclude Other

      Crimes Pursuant to Federal Rule of Evidence 404(b) and

Supplemental Motion in Limine (ECF Nos. 643, 716) are **DENIED**.

3.  The Government's Motion in Limine to Admit Racketeering Evidence (ECF Nos. 648, 649) is **GRANTED.**

4.  Defendant Ligambi's Motion to Exclude Evidence of Defendant Ligambi's Prior Bad Acts and Crimes (ECF No. 713) is **DENIED.**

5.  Defendant Borgesi's Second Supplemental Motion in Limine to Exclude Other Crimes Evidence Pursuant to Federal Rules of Evidence 404(b) and 403 (ECF No. 828) is **GRANTED in part and DENIED in part.**

6.  Defendant Borgesi's Second Supplemental Motion in Limine (ECF No. 828) and the Government's Exhibit 1 shall be **UNSEALED.**

**AND IT IS SO ORDERED.**

s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**