IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 09-00496-01, -03, -04, |
| v. | : | -05, -08, -11, -14, -15 |
| | : | |
| JOSEPH LIGAMBI, | : | |
| ANTHONY STAINO, JR., | : | |
| JOSEPH MASSIMINO, | : | |
| GEORGE BORGESI, | : | |
| DAMION CANALICHIO, | : | |
| GARY BATTAGLINI, | : | |
| JOSEPH LICATA, and | : | |
| LOUIS FAZZINI, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **13th** day of **September, 2012**, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant Ligambi's Motion to Exclude Recordings Made by Deceased Government Informant Nicholas Stefanelli (ECF No. 560) is now **DENIED in full**.[1]

---

[1] The Court is not ruling on any challenges that Defendants Ligambi and Fazzini raise under this Circuit's decision, United States v. Starks, 515 F.2d 112 (3d Cir. 1975). Pursuant to this Court's Order (ECF No. 808), dated August 20, 2012, all Starks-related objections in Defendant Ligambi's and Defendant Fazzini's motions (ECF Nos. 560, 686) were referred to Magistrate Judge Rice, and Judge Rice has overruled these objections. See Order, Sept. 5, 2012, ¶ 4, ECF No. 860 (Rice,

2. Defendant Fazzini's Motion to Suppress Audio Recordings (ECF No. 685) is **DENIED**.

3. Defendant Fazzini's Motion to Exclude Tape Recorded Conversations Made by Deceased Government Informant Nicholas Stefanelli (ECF No. 686) is now **DENIED in full**.[2]

**AND IT IS SO ORDERED.**

    s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

J.) (disposing of Starks-related authentication issues). Therefore, this Order constitutes the final and full resolution of the issues not referred to Judge Rice.

[2] See supra n.1.