IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 09-496-08 |
| v. | : | |
| | : | |
| DAMION CANALICHIO | : | |

## O R D E R

**AND NOW**, this **8th** day of **July, 2013,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motions for a new trial and judgment of acquittal (ECF. No. 1349) are **DENIED.**

**AND IT IS SO ORDERED.**

                                                            /s/ Eduardo C. Robreno
                                                     **EDUARDO C. ROBRENO,    J.**