IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NOS. 09-496-03 & -05 |
| v. | : | |
| | : | |
| JOSEPH LIGAMBI and GEORGE BORGESI | : | |

### O R D E R

**AND NOW,** this **18th** day of **September, 2013,** upon review of Defendant Ligambi's Motion to Limit the Scope of Retrial (ECF No. 1351) and Motion in Limine to Bar Evidence Relating to Counts 51 and 52 (ECF No. 1409), Defendant Borgesi's Motion to Preclude Retrial, and related memoranda (ECF Nos. 1379-80, 1416, 1423, 1430-31, 1438-39), it is hereby **ORDERED** that Defendant Ligambi's Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **GRANTED as unopposed** as to Counts 51 and 52 of the Third Superseding Indictment (ECF No. 723);

2. The Motion is **DENIED** as to all other acquitted counts; and

3. The Motion in Limine is **DENIED AS MOOT.**

**It is further ORDERED** that Defendant Borgesi's Motion to Preclude Retrial, including his request to limit the Government's proof at retrial, is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**